IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| EDGAR L. CAGLE, JR., and<br>CAGLE PROPERTIES, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>STATE FARM FIRE AND CASUALTY )<br>COMPANY, )<br>)<br>Defendant. ) | No. 1:12-cv-00331 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Edgar L. Cagle, Jr. and Cagle Properties, LLC and Defendant State Farm Fire and Casualty Company ("State Farm"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this action of Plaintiffs against State Farm shall be DISMISSED WITHOUT PREJUDICE. No discretionary costs are to be assessed.

DATED this 19th day of December, 2012.

Respectfully submitted,

SCARBOROUGH, FULTON & GLASS

By: *s/Gregory E. Glass*
Gregory E. Glass (B.P.R. No. 19398)

701 Market Street, Suite 1000
Chattanooga, Tennessee 37402
(423) 648-1880
(423) 648-1881 (facsimile)
geg@sfglegal.com

*Attorneys for Plaintiffs Edgar L. Cagle, Jr. and Cagle Properties, LLC*

BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.

By: *s/Brigid M. Carpenter*
Brigid M. Carpenter (B.P.R. No. 18134)

211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5600
(615) 744-7341 (facsimile)
*bcarpenter@bakerdonelson.com*

*Attorneys for Defendant State Farm Fire and Casualty Company*

2